**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SURJIT SINGH, | No. 08-71251 |
| Petitioner, | Agency No. A095-592-019 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Surjit Singh, a native and citizen of India, petitions for review of the Board

of Immigration Appeals' order affirming an immigration judge's decision denying

his application for asylum, withholding of removal, and protection under the

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review for substantial evidence, *Gonzalez-Hernandez v. Ashcroft*, 336 F.3d 995, 998 (9th Cir. 2003), and we deny the petition for review.

Substantial evidence supports the agency's finding that, even if Singh established past persecution on account of a protected ground, the government rebutted the presumption of a well-founded fear of future persecution by establishing changed circumstances in India. *See* 8 C.F.R. § 1208.13(b)(1)(i)(4) and (ii); *see also Gonzalez-Hernandez*, 336 F.3d at 998-1001. The agency rationally construed evidence in the record and provided a sufficiently individualized analysis of Singh's situation. *See id.* at 1000. Accordingly, Singh's asylum claim fails.

Because Singh failed to establish eligibility for asylum, he necessarily failed to meet the more stringent standard for withholding of removal. *See id.* at 1001 n.5.

Finally, substantial evidence also supports the agency's denial of CAT relief because Singh failed to establish it is more likely than not he will be tortured if returned to India. *See* 8 C.F.R. § 1208.16(c)(2); *Singh v. Gonzales*, 439 F.3d 1100, 1113 (9th Cir. 2006).

**PETITION FOR REVIEW DENIED.**

08-71251